HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
ELAINE DOWLING, ESQ.
Nevada Bar No. 8051
GEWERTER & DOWLING
1212 S. Casino Center Blvd.
Las Vegas, Nevada  89104
Telephone: (702) 382-1714
Fax: (702) 382-1759
Email: harold@gewerterdowling.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VOIP-PAL.COM, a Nevada Corporation,<br>          Plaintiff,<br><br>vs.<br><br>LOCKSMITH FINANCIAL CORPORATION, INC., a British Columbia entity; TK INVESTMENT, a British Columbia entity; RICHARD G. KIPPING, an individual, TERRY KWAN, an individual; DOES I through X; and ROE ENTITIES XI through M, inclusive,<br><br>          Defendants. | CASE NO.:  2:15-cv-01258-JAD-VCF<br><br>**STIPULATION AND ORDER FOR SERVICE AND TO RESPOND TO COMPLAINT FOR ALL DEFENDANTS** |

COMES NOW Plaintiff VOIP-PAL.COM and Defendants LOCKSMITH FINANCIAL CORPORATION, INC., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1.     That counsel for the Defendants, LOCKSMITH FINANCIAL CORPORATION, INC., TK INVESTMENT, RICHARD G. KIPPING, and TERRY KWAN hereby agrees to accept service on behalf of all Defendants.

2.     That Defendants shall have up to and including September 18, 2015, to file an Answer or otherwise respond to the Complaint filed herein.

3.     Nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the parties.

4. This Stipulation is made in good faith and in an effort to save time, money and expense on the part of the parties, as well as to save judicial resources of this Court.

DATED this 25th day of August, 2015.                    DATED this 25th day of August, 2015.

By: */s/: Adam Knecht*  
    Kurt Bonds, Esq.  
    Nevada Bar No. 6228  
    Adam Knecht, Esq.  
    Nevada Bar No. 8051  
    1212 S. Casino Center Blvd.  
    Las Vegas, Nevada 89117  
    Telephone: (702) 384-7000  
    Facsimile: (702) 385-7000  
    aknecht@alversontaylor.com  
    Attorneys for Plaintiff

By: */s/: Elaine A. Dowling*  
    Harold P. Gewerter, Esq.  
    Nevada Bar No. 499  
    Elaine A. Dowling, Esq.  
    Nevada Bar No. 8051  
    7401 W. Charleston Blvd.  
    Las Vegas, Nevada 89104  
    Telephone: (702) 382-1714  
    Facsimile: (702) 382-1759  
    harold@gewerterdowling.com  
    Attorneys for Defendants

IT IS SO ORDERED.

DATED this 26th day of August, 2015.

_____  
Cam Ferenbach  
United States Magistrate Judge