# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VOIP-PAL.COM, | |
| Plaintiff, | 2:15-cv-01258-JAD-VCF |
| vs. | |
| LOCKSMITH FINANCIAL CORPORATION, INC., *et al.*, | **ORDER** |
| Defendants. | |

Before the court is *Voip-Pal.com v. Locksmith Financial Corporation, Inc., et al.*, case number 2:15-cv-01258-JAD-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 a.m., November 24, 2015, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 9th day of November, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE