ALVERSON, TAYLOR,
MORTENSEN & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*      \*      \*

| | |
|---|---|
| VOIP-PAL.COM, INC, a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LOCKSMITH FINANCIAL CORPORATION, INC., a British Columbia entity; TK INVESTMENT, a British Columbia entity; RICHARD G. KIPPING, an individual, TERRY KWAN, an individual;  DOES I through X; and ROE ENTITIES XI through M, inclusive,<br><br>    Defendants. | CASE NO.:  2:15-cv-01258-JAD-VCF<br><br>**STIPULATION AND ORDER TO JOIN ALL PARTIES TO THE DISTRICT COURT CASE A-15-717491-C**<br><br>**AND**<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS** |

Plaintiff VOIP-PAL.COM, INC., by and through its attorney, Adam R. Knecht, Esq., and Kurt R. Bonds, Esq. of the law firm of Alverson Taylor Mortensen & Sanders, and Defendants LOCKSMITH FINANCIAL CORPORATION, INC., TK INVESTMENT, RICHARD G. KIPPING, and TERRY KWAN by and through their attorney, Elaine Dowling, Esq., of the law firm of Gewerter & Dowling, hereby stipulate and agree as follows:

/ / /

KRB/22677

1

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1    IT IS HEREBY STIPULATED AND AGREED that all parties to this action will be

2  joined to the Clark County District Court case no. A-15-717491-C.

3    IT IS FURTHER STIPULATED AND AGREED that this action shall be stayed until a

4  final determination of all claims, counterclaims, cross-claims, third-party claims, or other claims

5  in the Clark County District Court case no. A-15-717491-C.

6    IT IS FURTHER STIPULATED AND AGREED that the parties will meet for a status

7  check on or about 270 days from the entry of this stipulation and order, or as otherwise specified

8  in the accompanying order.

9

10   DATED this 23rd day of November, 2015.        DATED this 23rd day of November, 2015.

11   ALVERSON, TAYLOR,                             GEWERTER & DOWLING
     MORTENSEN, & SANDERS

12

13   By: __/s/ Adam R. Knecht_____              By:___/s/ Elaine Dowling_____
         KURT R. BONDS, ESQ.                          HAROLD P. GEWERTER, ESQ.
         Nevada Bar #6228                             Nevada Bar No. 499
14       ADAM R. KNECHT                               ELAINE DOWLING, ESQ.
         Nevada Bar #13166                            Nevada Bar No. 8051
15       7401 W. Charleston Boulevard                 1212 S. Casino Center Blvd.
         Las Vegas, NV 89117                          Las Vegas, Nevada 89104
16       *Attorney for Plaintiff*                     *Attorneys for Defendants*

17

                            **ORDER**

18

19       IT IS ORDERED that all parties to this action will be joined to Clark County District

     Court case no. A-15-717491-C.
20

21       IT IS FURTHER ORDERED that this action shall be stayed until a final determination of

     all claims, counterclaims, cross-claims, third-party claims, or other claims in Clark County
22

     District Court case no. A-15-717491-C.
23

24       IT IS FURTHER ORDERED that the parties will meet for a status check on or about 270

                                2

1  days from the entry of this stipulation and order, which date and time shall be _____August_____

2  _29_, 2016 at __:__ _10:00 a._.m.   courtroom 3D.

3  Dated this _2nd_ day of _December_____, 2015.

4

5  _____
   UNITED STATES ~~DISTRICT COURT~~ JUDGE

6  Submitted by:                              Magistrate

7  ALVERSON, TAYLOR,
   MORTENSEN & SANDERS

8

9  By_/s/Adam R. Knecht_____
      KURT R. BONDS, ESQ.

10    Nevada Bar #6228
      ADAM R. KNECHT

11    Nevada Bar #13166
      7401 W. Charleston Boulevard

12    Las Vegas, NV 89117
      *Attorneys for Plaintiff*

13

14

15                    **CERTIFICATE VIA CM/ECF**

16      Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON, TAYLOR,

17  MORTENSEN & SANDERS and that on the _1_ day of ~~November~~ *December*, 2015, I caused to be

18  served via CM/ECF a true and correct copy of the document described herein.

19

20  _____
    An Employee of

21  ALVERSON, TAYLOR, MORTENSEN & SANDERS

   N:\kurt grp\CLIENTS\22600\22677\pleading\s&o2stay proceedings.doc

22

23

24

3