1  HAROLD P. GEWERTER, ESQ.
   Nevada Bar No. 499
2  ELAINE A. DOWLING, ESQ.
   Nevada Bar No. 8051
3  GEWERTER & DOWLING
   1212 S. Casino Center Blvd.
4  Las Vegas, Nevada 89104
5  Phone: (702) 382-1714
   Fax: (702) 382-1759
6  Attorneys for Plaintiffs

7

8                    **UNITED STATES DISTRICT COURT**

9                         **CLARK COUNTY NEVADA**

10                                * * * *

11  VOIP-PAL.COM, a Nevada corporation,          2:15-cv-01258-JAD-VCF

12                     Plaintiff,

13  vs.                                          **STIPULATION AND ORDER TO**
                                                 **DISMISS WITHOUT PREJUDICE**
14

15  LOCKSMITH FINANCIAL CORPORATION,             ECF No. 26
    INC., a British Columbia entity; TK
16  INVESTMENT, a British Columbia entity;
    RICHARD G. KIPPING, an individual; TERRY
17  KWAN, an individual; DOES I through X,
    inclusive; and ROE ENTITIES XI through M,
18  inclusive,

19
                       Defendants.
20

21       IT IS HEREBY STIPULATED by and between Plaintiff, VOIP-PAL.COM, by and

22  through its attorney of record KURT BONDS, ESQ., and ADAM R. KNECHT, ESQ., of the

23  law firm ALVERSON TAYLOR MORTENSEN & SANDERS, and Defendants LOCKSMITH

24  FINANCIAL CORPORATION, INC.; TK INVESTMENT; RICHARD G. KIPPING, and

25  TERRY KWAN, by and through their attorney of record, HAROLD P. GEWERTER, ESQ.,

26  and ELAINE A. DOWLING, ESQ., of the law firm of GEWERTER & DOWLING, that the

27  above entitled matter be dismissed without prejudice, each side to bear their own attorney fees

28  and costs and a mutual release regarding the subject matter hereof is granted to all parties to this
    Stipulation.

- 1 -

The Parties agree that the Stipulation does not affect the parties or have any preclusive effect on any ongoing litigation in any other jurisdiction. Furthermore, the parties agree that any claims that have been filed by either party with respect to this action to date; will be tolled until the conclusion of the Clark County, Nevada district court case.

Federal Rule of Civil Procedural 41(a)(1)(A)(ii) allows the parties to dismiss a case without court approval if all parties sign the stipulation:

> (a) Voluntary Dismissal.
> (1) By the Plaintiff.
> (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>
> …
>
> (ii) a stipulation of dismissal signed by all parties who have appeared.

All of the parties agree to the Stipulation. Rules 23(e), 23.1(c), 23.2 and 66 do not apply.

DATED this 12th day of September, 2016.          DATED this 12th day of September, 2016.

By: /s/: Adam Knecht                              By: /s/: Elaine A. Dowling
   Kurt Bonds, Esq.                                  Harold P. Gewerter, Esq.
   Nevada Bar No. 6228                               Nevada Bar No. 499
   Adam Knecht, Esq.                                 Elaine A. Dowling, Esq.
   Nevada Bar No. 8051                               Nevada Bar No. 8051
   1212 S. Casino Center Blvd.                       7401 W. Charleston Blvd.
   Las Vegas, Nevada 89117                           Las Vegas, Nevada 89104
   Telephone: (702) 384-7000                         Telephone: (702) 382-1714
   Facsimile: (702) 385-7000                         Facsimile: (702) 382-1759
   aknecht@alversontaylor.com                        harold@gewerterdowling.com
   Attorneys for Plaintiff                           Attorneys for Defendants

## ORDER

Based on the parties' stipulation [ECF No. 26], IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey, U.S. District Judge
September 14, 2016